## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PINNACLE BANK,** | ) | |
| **Special Administrator for the Estate of** | ) | |
| **ERIC JON KLEPPER, Deceased,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV26 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AHRS CONSTRUCTION, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Notice of Dismissal (Filing No. 7). The plaintiff seeks to voluntarily dismiss this action prior to the defendant's service, pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice. Upon consideration,

**IT IS ORDERED** that the plaintiff's Notice of Dismissal (Filing No. 7) is adopted and this case is dismissed with prejudice.

DATED this 10th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge